UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHANNON LESLI LEVY,

    *Plaintiff,*

v.                              CASE NO. 1:15-cv-00251-MP-CAS

CAROLYN W COLVIN,

    *Defendant.*

_____/

### O R D E R

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 13, 2016. ECF No. 16. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is hereby **ORDERED AND ADJUDGED:**

    1.    The Magistrate Judge's Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this order.

    2.    The decision of the Commissioner to deny Plaintiff's application for Social Security benefits is **REVERSED** pursuant to sentence

four of 42 U.S.C. § 405(g) and **REMANDED** for further proceedings.

**SO ORDERED on August 11, 2016.**

        <u>s/Mark E. Walker</u>
        **United States District Judge**