IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHANNON LESLI LEVY,

    Plaintiff,

v.                                      CASE NO. 1:15-cv-00251-MP-CAS

CAROLYN W COLVIN,

    Defendant.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 18, 2016. (Doc. 20). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 20, is adopted and incorporated by reference in this order.

2. Plaintiff's motion for attorney's fees and costs, Doc. 19, is **GRANTED**. Plaintiff is entitled to $3,890.49 in attorney's fees and $420.88 in costs. The Commissioner may offset from this amount any debt owed by the Plaintiff to the United States that may be identified by the Department of Treasury. Any ultimate distribution shall be made in accordance with *Astrue v. Ratliff*, 130 S.Ct. 351 (2010).

**DONE AND ORDERED** this *21st* day of November, 2016

                                                *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge