IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SHANNON L. LEVY,

      **Plaintiff,**

v.                                      Case No. 1:15cv251-MW/CAS

NANCY A. BERRYHILL,
Acting Commissioner of Social
Security Administration,

      **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 24. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's petition for attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of $14,640.00, ECF No. 22, is **GRANTED.** The Commissioner is ordered to disburse to Plaintiff's counsel the

1

sum of **$10,749.51** along with the previously awarded EAJA fee of **$3,890.49**, for a total amount of **$14,640.00**." The Clerk shall close the file.

**SO ORDERED on March 28, 2018.**

<u>s/Mark E. Walker</u>
**United States District Judge**